Daniel J. Weinberg (SBN 227159)
daniel.weinberg@lathropgpm.com
Annie Kim (SBN 329775)
annie.kim@lathropgpm.com
LATHROP GPM LLP
555 Twin Dolphin Drive, Suite 200
Redwood City, CA  94065
Telephone:  650.804.7600
Facsimile:   650.804.7630

Attorneys for Plaintiff
WILLIAM E. BROWN

Robert J. Behal
(*Admitted Pro Hac Vice*)
rbehal@behal-duvall.com
Jeffrey A. Eyerman
(*Admitted Pro Hac Vice*)
jeyerman@behal-duvall.com
BEHAL DUVALL LAW GROUP LLC
501 South High Street, Suite 200
Columbus, Ohio 43215
Phone:        (614) 643-5050
Fax:    (614) 340-3892

Attorneys for Defendant
N8 MEDICAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM E. BROWN,<br><br>           Plaintiff and<br>           Counterclaim-Defendant,<br><br>    v.<br><br>N8 MEDICAL, INC.,<br><br>           Defendant and<br>           Counterclaimant. | Case No. 3:22-cv-02857-CRB-RMI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ENLARGEMENT OF TIME TO FILE THE OPPOSITION AND REPLY TO PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6—17th Floor |

Pursuant to Civil L.R. 6-1(b), 6-2, 7-12, Plaintiff William E. Brown and Defendant N8 Medical, Inc. ("N8"), by and through their respective counsel of record, hereby stipulate to an extension of time for N8 to oppose Mr. Brown's pending motion

6.2 – STIPULATION

for sanctions and for Mr. Brown to file a reply thereto.

**RECITALS**

WHEREAS, on October 28, 2025, the Court adopted N8's Proposed Case Management Schedule which set (1) the deadline for the filing of summary judgment motions, (2) a briefing schedule related thereto, and (3) a hearing on the motions. *See* ECF No. 92.

WHEREAS, specifically, February 13, 2026, was the deadline to file summary judgment motions; March 6, 2026, was the deadline to file oppositions; March 20, 2026, was the deadline to file replies; and March 27, 2026, or the Court's earliest available date thereafter, was the hearing on the summary judgment motions. *Id.*

WHEREAS, Mr. Brown filed a summary judgment motion, along with a related motion for sanctions, on February 13, 2026. *See generally* ECF Nos. 93 and 94.

WHEREAS, the Court issued a Clerk's Notice on February 17, 2026, vacating the March 27, 2026, hearing date and re-setting the motions to be heard on May 22, 2026. ECF No. 95 (No document attached).

WHEREAS, in view of the new hearing date, and to align the filing of all opposition and reply briefs, the parties agree to enlarge the time for N8 to oppose Mr. Brown's sanctions motion to March 6 and for Mr. Brown to reply to March 20.

WHEREAS, the proposed enlargement of time will not affect the case schedule.

**STIPULATION**

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES FOLLOWS:

(1)     N8's opposition to Mr. Brown Motion for Sanctions shall be filed on or before March 6, 2026; and

(2)     Mr. Brown's reply in support of his Motion for Sanctions shall be filed on or before March 20, 2026.

**IT IS SO STIPULATED.**

- 2 -

Respectfully submitted,

Dated: February 26, 2026          THE BEHAL-DUVALL LAW GROUP LLC


By: /s/ *Jeffrey A. Eyerman*
Robert J. Behal (Pro Hac Vice)
Jeffrey A. Eyerman (Pro Hac Vice)
Attorneys for Defendant
N8 Medical, Inc.


Dated: February 26, 2025          LATHROP GPM LLP


By: /s/ *Daniel J. Weinberg*
Daniel J. Weinberg
Attorneys for Plaintiff
WILLIAM E. BROWN


### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.


By: /s/ *Jeffrey A. Eyerman*
Jeffrey A. Eyerman


**PURSUANT TO STIPULATION, IT IS SO STIPULATED.**

Date: February 27, 2026          Hon. Charles R. Breyer

- 3 -

6.2 -- STIPULATION