Daniel J. Weinberg (SBN 227159)
daniel.weinberg@lathropgpm.com
Annie Kim (SBN 329775)
annie.kim@lathropgpm.com
LATHROP GPM LLP
555 Twin Dolphin Drive, Suite 200
Redwood City, CA  94065
Telephone:   650.804.7600
Facsimile:   650.804.7630

Attorneys for Plaintiff
WILLIAM E. BROWN

Robert J. Behal
(*Admitted Pro Hac Vice*)
rbehal@behal-duvall.com
Jeffrey A. Eyerman
(*Admitted Pro Hac Vice*)
jeyerman@behal-duvall.com
BAHAL DUVALL LAW GROUP LLC
501 South High Street, Suite 200
Columbus, Ohio 43215
Phone: (614) 643-5050
Fax:    (614) 340-3892

Attorneys for Defendant
N8 MEDICAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM E. BROWN,<br><br>   Plaintiff and<br>   Counterclaim-Defendant,<br><br>  v.<br><br>N8 MEDICAL, INC.,<br><br>   Defendant and<br>   Counterclaimant. | Case No. 3:22-cv-02857-CRB-RMI<br><br>**STIPULATED REQUEST FOR 21-DAY STAY** : ORDER<br><br>Courtroom:   6—17th Floor<br>Judge:  Hon. Charles R. Breyer |

Pursuant to Civil L.R. 7-12, Plaintiff and Counterclaim-Defendant William E. Brown

("Plaintiff") and Defendant and Counterclaimant N8 Medical, Inc. ("Defendant"), by and through

their respective counsel of record, hereby submit this stipulated request for 21-day stay.

/ / /

LATHROP GPM LLP
ATTORNEYS AT LAW

STIPULATED REQUEST FOR 21-DAY STAY

**RECITALS**

WHEREAS, on February 13, 2026, Plaintiff filed a summary judgment motion and motion for sanctions set to be heard on March 27, 2026 (hereinafter, the "Motions"). ECF Nos. 93 and 94.

WHEREAS, pursuant to the October 28, 2025 scheduling order, the deadline to oppose the summary judgment motion was set for March 6, 2026, and the deadline to reply in support of the summary judgment motion was set for March 20, 2026. ECF No. 92.

WHEREAS, the deadlines to file the opposition and reply briefs related to the sanctions motion were governed by Civil L.R. 7-3(a) and (c).

WHEREAS, on February 17, 2026, the Court issued a Clerk's Notice vacating the March 27, 2026, hearing date and re-setting the Motions to be heard on May 22, 2026. ECF No. 95 (No document attached).

WHEREAS, on February 27, 2026, the Court granted the parties' stipulated request to enlarge the time for Defendant to oppose Plaintiff's sanctions motion and Plaintiff to reply in view of the new hearing date and to align the deadlines for the filing of all opposition and reply briefs in connection with the Motions. ECF No. 97.

WHEREAS, the parties have reached agreement on the terms of a settlement to resolve the claims and counterclaims presented in this lawsuit and require 21 days to finalize and complete the terms of the settlement.

**STIPULATION**

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1.      The case shall immediately be stayed for 21 days based on the parties' expectation that the settlement will be finalized and performed and the lawsuit will be dismissed with prejudice.

/ / /

/ / /

/ / /

LATHROP GPM LLP
ATTORNEYS AT LAW

- 2 -

STIPULATED REQUEST FOR 21-DAY STAY

2.     Unless the case is dismissed sooner, the stay will automatically lift on March 27, 2026, and (a) Defendant's oppositions to the Motions shall be filed on or before April 3, 2026, and (b) Plaintiff's replies in support of the Motions shall be filed on or before April 17, 2026.

**IT IS SO STIPULATED**

Dated:  March 6, 2026                                                 LATHROP GPM LLP


By: */s/ Daniel J. Weinberg*
      Daniel J. Weinberg
      Attorneys for Plaintiff
      WILLIAM E. BROWN


Dated:  March 6, 2026                                                 BEHAL DUVALL LAW GROUP LLC


By: */s/ Jeffrey A. Eyerman*
      Jeffrey A. Eyerman (Pro Hac Vice)
      Attorneys for Defendant
      N8 MEDICAL, INC.


### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.


By: */s/ Daniel J. Weinberg*
      Daniel J. Weinberg


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: March 9, 2026                                          _____
                                                                              Hon. Charles R. Breyer

STIPULATED REQUEST FOR 21-DAY STAY